UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

        v.                                Case No. 08-cr-164-01–03-SM

Juan Galan and James Bell,
    Defendants

O R D E R

Defendant Galan's motion to continue the trial is granted (document no. 23). Trial has been rescheduled for the month of July 2009. Defendant Galan shall file a waiver of speedy trial rights not later than May 18, 2009. On the filing of such waiver, the continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for July 9, 2009 at 3:30 p.m.

Jury selection will take place on July 21, 2009 at 9:30 a.m.

SO ORDERED.

                                              Steven J. McAuliffe  
                                              Chief Judge

May 6, 2009

cc:    Daniel D. Lustenberger, Esq.  
       Jeffrey S. Levin, Esq.  
       Jennifer C. Davis, AUSA  
       U.S. Marshal  
       U.S. Probation