UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

       v.                                Case No.  08-cr-164-01/03-SM

<u>Juan Galan and James Bell</u>,
    Defendants

<u>O R D E R</u>

    Defendant Bell's motion to continue the trial is granted (document no. 31). Trial has been rescheduled for the month of October 2009. Defendant Bell shall file a waiver of speedy trial rights not later than July 13, 2009. On the filing of such waiver, the continuance shall be effective.

    The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for October 7, 2009 at 11:30 a.m.

Jury selection will take place on October 20, 2009 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

July 1, 2009

cc: Daniel D. Lustenberger, Esq.
    Jeffrey S. Levin, Esq.
    Jennifer C. Davis, AUSA
    U.S. Marshal
    U.S. Probation